**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **HILLARY BERNARD BALDWIN,** | : |
| Petitioner, | : |
| | : CIVIL ACTION 09-0713-KD-M |
| v. | : |
| | : CRIMINAL ACTION 08-00275-KD-M |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 8, 2010, is **ADOPTED** as the opinion of this Court.

It is hereby **ORDERED** that Petitioner's Motion to Vacate (Docs. 32-33) is **DENIED** and that this action is **DISMISSED.**

**DONE** and **ORDERED** this the **10th** day of **June 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**